UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 13-20092-CR-MOORE

UNITED STATES OF AMERICA

v.

OMAR WEISE,
    a/k/a "Michael Andrew Clarke,"
    a/k/a "Angel Navarro,"

    Defendant.
_____/

## JOINT STIPULATION AND MOTION REGARDING RESTITUTION

The United States of America and the defendant, Omar Weise, through counsel, hereby stipulate and agree that the appropriate amount of restitution to be ordered in this case is a total of $13,000 made payable as follows to the following identified victims:

1.     $13,000 payable to S.L., the victim identified in Count One of the Indictment, whose full identity is known to the Probation Office.

The parties further stipulate and agree that the Court shall retain jurisdiction over this matter to order further restitution, in the event that additional victims of the defendant are discovered.

Accordingly, the parties jointly request that the Court modify the judgment entered in this case to order the defendant to pay restitution as described above.

Respectfully submitted,

| | |
|---|---|
| s/Jeffrey E. Feiler | s/Seth Schlessinger |
| Jeffrey E. Feiler, Esq. | Seth M. Schlessinger |
| 7685 SW 104th Street | Florida Bar No. 64065 |
| Suite 200 | 99 Northeast 4th Street |
| Miami, Florida 33156 | Miami, Florida 33132-2111 |
| Phone: (305) 670-7700 | Phone: (305) 961-9260 |
| Fax: (305) 669-8198 | Fax: (305) 530-4676 |
| ATTORNEY FOR OMAR WEISE | ATTORNEY FOR THE UNITED STATES |